---

KNIGHT and Another *v*. LIEBER and Others.

Errors if any not properly before this Court.

APPEAL from the *Morgan* Common Pleas.

*Per Curiam.*—Suit by the appellees against the appellants upon promissory notes. Judgment for the plaintiffs.

The appellants complain of the ruling of the Court below on demurrers. There were no demurrers filed, nor any question made on the pleadings.

The only other question raised is as to the sufficiency of the evidence to sustain the finding. The evidence does not all purport to be in the record.

The judgment below is affirmed, with costs and five per cent. damages.

*Robert L. Walpole* and *Thos. D. Walpole*, for the appellants.

*W. R. Harrison*, for the appellees.